## (May 8, 1974)

■ In the Matter of JEROME D. MONKARSH, Respondent, v. LOUIS KURTZ et al., Constituting the Board of Trustees of the Village of Spring Valley, et al., Respondents. ALFRED M. MURPHY, Intervenor-Appellant.— Upon a prior appeal in this proceeding, this court made an order on April 15, 1974, reversing a judgment of the Supreme Court, Rockland County, dated March 29, 1974, and remanding the matter to said court for further proceedings; and this court also made a further order, dated April 25, 1974, amending said order of April 15, 1974. Pursuant to said orders of this court, the trial court held a hearing and made findings of fact, which resulted in the entry of a new judgment in Rockland County on May 3, 1974, from which the intervenor-respondent, Alfred M. Murphy, now appeals. That judgment directs that a new election be held between petitioner and said intervenor for a two-year term as trustee of the Village of Spring Valley no later than June 18, 1974. Judgment affirmed, without costs. No opinion. Latham, Acting P. J., Shapiro, Cohalan, Christ and Benjamin, JJ., concur.

## (May 13, 1974)

■ PATRICK BEARY, Appellant, et al., Plaintiff, v. CHESTER SCHWIMMER, Respondent.— In an action *inter alia* for libel, plaintiff Beary appeals, as limited by his notice of appeal and his briefs, from so much of an order of the Supreme Court, Queens County, entered December 13, 1972, as granted the branch of a motion by defendant which was to dismiss the first cause of action in the complaint on the ground it did not state a cause of action (CPLR 3211, subd. [a], par. 7). Appeal dismissed, with $20 costs and disbursements. The order appealed from granted appellant leave to replead. Appellant, subsequent to the filing of his notice of appeal, availed himself of the leave to replead and is therefore now precluded from seeking a review of the order (*Kriger* v. *Industrial Rehabilitation Corp.*, 8 A D 2d 29, affd. 7 N Y 2d 958; *Wilde* v. *Caron Corp.*, 20 A D 2d 931; *Cioffi* v. *City of New York*, 14 A D 2d 741; see, also, 10 Carmody-Wait 2d, New York Practice, § 70.82). Shapiro, Acting P. J., Cohalan, Christ, Benjamin and Munder, JJ., concur.

■ BETTY BERNSTEIN, Respondent, v. JAMES DENTE, Individually, and Doing Business as BEACH TERRACE SERVICE STATION, Appellant.— In a negligence action to recover damages for personal injuries, defendant appeals from an interlocutory judgment of the Supreme Court, Kings County, dated November 30, 1973, in favor of plaintiff on the issue of liability, upon a jury verdict after trial of that issue only. Interlocutory judgment affirmed, with costs. No opinion. Cohalan, Brennan and Benjamin, JJ., concur; Latham, Acting P. J., and Munder, J., dissent and vote to reverse and grant a new trial, with the following memorandum: In our view, the verdict was contrary to the weight of the credible evidence.